UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOHNATHAN DECKER, | ) |
| Plaintiff, | ) ) ) |
| vs | ) ) Case No. 1:20-cv-00271-WCL-SLC |
| FLAGSTAR BANK, FSB, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant, Flagstar Bank, FSB, and Plaintiff, Johnathan Decker, by their respective counsel, hereby stipulate to dismiss all claims in this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his/its own costs and attorneys' fees.

THEISEN & ASSOCIATES, LLC

By: *s/ Nathaniel O. Hubley (w/ consent)*
John C. Theisen, #549-02
Nathaniel O. Hubley, Atty. No. 28609-64
810 S. Calhoun Street, Suite 200
Fort Wayne, IN  46802
*jtheisen@theisen-associates..com*
*nhubley@theisen-associates.com*

Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Bonnie L. Martin*
Bonnie L. Martin, Atty. No. 20248-18
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile:  (317) 916-9076
*bonnie.martin@ogletree.com*

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John C. Theisen  
Nathaniel O. Hubley  
THEISEN & ASSOCIATES, LLC  
*jtheisen@theisen-associates.com*  
*nhubley@theisen-associates.com*

                                              *s/ Bonnie L. Martin*

49769107.1